# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|                          |   |                                      |
|--------------------------|---|--------------------------------------|
|                          | ) | Case No: _____              |
|                          | ) |                                      |
| Plaintiff(s),            | ) | **APPLICATION FOR**                  |
|                          | ) | **ADMISSION OF ATTORNEY**            |
| v.                       | ) | **PRO HAC VICE**                     |
|                          | ) | (CIVIL LOCAL RULE 11-3)              |
|                          | ) |                                      |
| Defendant(s).            | ) |                                      |

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 

_____
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 26, 2012

*Lucy H. Koh*
UNITED STATES DISTRICT/MAGISTRATE JUDGE
District Judge Lucy H. Koh

*PRO HAC VICE* APPLICATION & ORDER                                    *August 2012*