| | |
|---|---|
| GARTEISER HONEA, P.C. | FISH & RICHARDSON P.C. |
| Randall Garteiser (CSB No. 231821 / Randall.Garteiser@sftrialattorneys.Com) | Kelly C. Hunsaker (CSB No. 168307 / hunsaker@fr.com) |
| Christopher Alan Honea (CSB No. 232473 / Chris.Honea@sftrialattorneys.Com) | Enrique Duarte (CSB No. 247523 / duarte@fr.com) |
| 44 N. San Pedro Road | 500 Arguello Street, Suite 500 |
| San Rafael, CA 94903 | Redwood City, CA 94063 |
| Phone: (415) 785-3762 | Tel: (650) 839-5070 Fax: (650) 839-5071 |
| Fax: (415) 785-3805 | |
| | Ruffin B. Cordell (*pro hac vice*) |
| BURNS & LEVINSON LLP | cordell@fr.com |
| | 1425 K Street, NW, Suite 1100 |
| Alexandra Capachietti (Acapachietti@burnslev.Com) | Washington, DC 20005 |
| Howard J. Susser | Tel: (207) 783-5070 Fax: (207) 783-2331 |
| (Hsusser@burnslev.Com) | Christopher O. Green (*pro hac vice*) |
| Paul Thomas Muniz (Pmuniz@burnslev.Com) | cgreen@fr.com |
| Zachary R. Gates | Aamir A. Kazi (*pro hac vice*) |
| (Zgates@burnslev.Com) | kazi@fr.com |
| 125 Summer Street | Jacqueline Tio (*pro hac vice*) |
| Boston, MA 02110 | tio@fr.com |
| | 1180 Peachtree Street, 21st Floor |
| NELSON BUMGARDNER CASTO, P.C. | Atlanta, GA 30309 |
| | Tel: (404) 892-5005 Fax: (404) 892-5002 |
| Barry J. Bumgardner (Barry@nbclaw.Net) | Benjamin C. Elacqua (*pro hac vice*) |
| Steven W. Hartsell (Shartsell@nbclaw.Net) | elacqua@fr.com |
| 3131 W 7th St Suite 300 | 1221 McKinney Street, Suite 2800 |
| Ft Worth, TX 76107 | Houston, TX 77010 |
| | Tel: (713) 654-5300 Fax: (713) 652-0109 |
| Attorneys for Plaintiff GPNE Corp. | |
| | Attorneys for Defendant APPLE INC. |

| | |
|---|---|
| JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91) | Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK |

| | |
|---|---|
| KING & SPALDING LLP | GORDON & REES LLP |
| Cheryl A. Sabnis (SBN 224323)<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, California 94105<br>Tel: (415) 318-1300 Fax: (415) 318-1300 | Gordon I. Endow  (CSB No. 99638)<br>gendow@gordonrees.com<br>Lyndy Chang Stewart (CSB: 196455)<br>lstewart@gordonrees.com<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: (415) 986-5900 Fax: (415) 986-8054 |
| Sanjeet Dutta (CSB No. 203463)<br>sdutta@kslaw.com<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065<br>Tel: (650) 590-0700 Fax: (650) 590-1900 | H.C. PARK & ASSOCIATES, P.C.<br>Alan A. Wright (*pro hac vice*)<br>awright@park-law.com<br>1894 Preston White Drive<br>Reston, VA 20191 |
| Alexas D. Skucas (*pro hac vice*)<br>askucas@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Tel: (212) 556-2100 Fax: (212) 556-2222 | Tel: (703) 944-9256 / Fax: (703) 288-5139<br>Attorneys for Defendants PANTECH CO. LTD. and PANTECH WIRELESS, INC. |
| Steven T. Snyder (*pro hac vice*)<br>ssnyder@kslaw.com<br>100 N. Tryon Street, Suite 3900<br>Charlotte, North Carolina 28202<br>Tel: (704) 503-2600 Fax: (704) 503-2622 | |
| Attorneys for Defendants NOKIA INC. and NOKIA CORP | |

---

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| GPNE Corp.,<br>        Plaintiff,<br><br>v.<br><br>APPLE INC.<br>        Defendant. | Case No. 5:12-cv-02885-LHK<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)**<br><br>Date:    November 5, 2013<br>Time:   10:00 AM<br>Place:   Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |
| GPNE Corp.,<br>        Plaintiff,<br><br>v.<br><br>NOKIA CORP. AND NOKIA INC.,<br>        Defendant, | Case No. 5:12-cv-03056-LHK |
| GPNE Corp.,<br>        Plaintiff,<br><br>v.<br><br>PANTECH CO., LTD AND PANTECH WIRELESS, INC.,<br>        Defendant. | Case No. 5:12-cv-03057-LHK |

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO GPNE CORP.'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)**

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff GPNE Corp. ("GPNE") and defendants Apple Inc., Nokia Corp., Nokia Inc., Pantech Co. Ltd., and Pantech Wireless, Inc. ("Defendants"), defendants in three separately pending actions pending in this District, by and through their respective counsel, stipulate to set the time for Defendants to respond to GPNE's Motion for Leave to Amend/Supplement its Infringement Contentions Post-*Markman* (No. 91), as follows:[1]

1. On September 26, 2013, GPNE filed its Motion;

2. Pursuant to Civil L.R. 7-3, the due date for Defendants to file their responses is October 10, 2013, and the due date for GPNE to file its reply is October 17, 2013;

3. At the case management conference held on October 2, 2013, the Court ordered GPNE to renotice its Motion in front of Magistrate Judge Grewal;

4. On October 9, 2013, GPNE renoticed its Motion before Magistrate Judge Grewal for a hearing on November 5, 2013 at 10:00 A.M.;

5. The parties have agreed that Defendants will file an opposition pursuant to Civil L.R. 7-3 by October 15, 2013 and that GPNE will file its reply by October 25, 2013;

---

[1] The co-pending actions are: *GPNE Corp. v. Apple Inc.*, Case No. 5:12-CV-02885-LHK (N.D. Cal.); *GPNE Corp. v. Nokia Corp. et al.*, Case No. 5:12-CV-03056-LHK (N.D. Cal.); and *GPNE Corp. v. Pantech Co. Ltd. et al.*, Case No. 5:12-CV-03057-LHK (N.D. Cal.).

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND /SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

1

6. No previous extensions of time regarding this Motion have been requested or granted; and

7. This requested modification will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between GPNE and Defendants that Defendants will have until October 15, 2013, to respond to GPNE's Motion and that GPNE will have until October 25, 2013, to file its reply.

| | |
|---|---|
| Dated: October 10, 2013 | Dated: October 10, 2013 |
| NELSON BUMGARDNER CASTO, P.C. | FISH & RICHARDSON P.C. |
| By: /s/ Barry J. Bumgardner | By: /s/ Christopher O. Green |
| Attorneys for Defendants<br>PANTECH CO. LTD. and PANTECH WIRELESS, INC. | Attorneys for Defendant<br>APPLE INC. |
| Dated: October 10, 3013 | Dated: October 10, 2013 |
| KING & SPALDING LLP | H.C. PARK & ASSOCIATES, PLC |
| By: /s/ Alexas D. Skucas | By: /s/ Alan A. Wright |
| Attorneys for Defendants<br>NOKIA INC. and NOKIA CORP | Attorneys for Defendants<br>PANTECH CO. LTD. and PANTECH WIRELESS, INC. |

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND /SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

2

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore;

**IT IS SO ORDERED.**

Dated: __October 10__, 2013

_____
Paul S. Grewal
United States Magistrate Judge

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: October 10, 2013                FISH & RICHARDSON P.C.

By: _/s/ Jacqueline Tio_

Jacqueline Tio

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY REGARDING GPNE CORP.'S MOTION FOR LEAVE TO AMEND /SUPPLEMENT ITS INFRINGEMENT CONTENTIONS POST-*MARKMAN* (NO. 91)

Case Nos.5:12-cv-02885-LHK, 5:12-cv-03056-LHK, and 5:12-cv-03057-LHK

3