1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE Corp., | ) Case No.: 12-CV-3057-LHK |
| Plaintiff, | ) |
| v. | ) ORDER RE: FILING OF JOINT CASE |
| | ) MANAGEMENT STATEMENT |
| Pantech Co., Ltd., and Pantech Wireless Inc. | ) |
| Defendants. | ) |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for January 29, 2014, as required pursuant to Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file a joint case management statement by Tuesday, January 24, 2014, at 5 p.m. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: January 23, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-3057
ORDER RE: FILING OF JOINT CASE MANAGEMENT STATEMENT