UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GPNE Corp., ) | Case No.: 12-CV-3057-LHK |
| )  Plaintiff, ) | |
| v. ) | ORDER RE: FILING OF JOINT CASE MANAGEMENT STATEMENT |
| Pantech Co., Ltd., and Pantech Wireless Inc. ) | |
| )  Defendants. ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for January 29, 2014, as required pursuant to Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file a joint case management statement by Tuesday, January 24, 2014, at 5 p.m. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: January 23, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge