**BURNS & LEVINSON LLP**
Howard J. Susser (*pro hac vice*)
hsusser@burnslev.com
Paul T. Muniz (*pro hac vice*)
pmuniz@burnslev.com
Zachary R. Gates (*pro hac vice*)
zgates@burnslev.com
Alexandra Capachietti (*pro hac vice*)
acapachietti@burnslev.com
125 Summer Street
Boston, Massachusetts
Telephone: 617-345-3000
Facsimile: 617-345-3299

**Attorneys for Plaintiff GPNE Corp.**


ALAN A. WRIGHT (*Pro Hac Vice*)
awright@park-law.com
H.C. PARK & ASSOCIATES, PLC
1894 Preston White Drive
Reston, VA  20191
Telephone:	(703) 544-9256
Facsimile:	(703) 288-5139
Email: awright@park-law.com

GORDON I. ENDOW  (SBN: 099638)
gendow@gordonrees.com
LYNDY CHANG STEWART  (SBN: 196455)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:	(415) 986-5900
Facsimile:	(415) 986-8054
Email   gendow@gordonrees.com
             lstewart@gordonrees.com

**Attorneys for Defendants Pantech Co., Ltd. and Pantech Wireless, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| GPNE CORP., | CASE NO. 5:12-CV-03057-LHK |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO PANTECH CO., LTD., AND PANTECH WIRELESS, INC.** |
| vs. | |
| PANTECH CO., LTD., et al. | |
| Defendants. | |

1  Plaintiff GPNE Corp. ("GPNE") hereby notifies the Court that it has settled its claims

2  against Defendants Pantech Co., Ltd., and Pantech Wireless, Inc. (collectively "Pantech").

3  Respectfully submitted,

4  This 23rd day of January, 2014

5  /s/  Randall T. Garteiser
6  **GARTEISER HONEA, P.C.**
   Randall T. Garteiser (SBN 231821)
7  randall.garteiser@sftrialattorneys.com
   Christopher A. Honea (SBN 232473)
8  chris.honea@sftrialattorneys.com
   44 North San Pedro Road
9  San Rafael, California 94903
   [Tel.] (415) 785-3762
10 [Fax] (415) 785-3805

11 **NELSON BUMGARDNER CASTO, P.C.**
   Barry J. Bumgardner (*pro hac vice*)
12 barry@nbclaw.net
   Steven W. Hartsell (*pro hac vice*)
13 shartsell@nbclaw.net
   3131 West 7th Street, Suite 300
14 Fort Worth, Texas 76107
   [Tel.] (817) 377-9111
15 [Fax] (817) 377-3485

16 **BURNS & LEVINSON LLP**
   Howard J. Susser (*pro hac vice*)
17 hsusser@burnslev.com

18 ***Attorneys for Plaintiff GPNE Corp.***

19 /s/  Alan A. Wright
   **H.C. PARK & ASSOCIATES PLC**
20 Alan A. Wright (*pro hac vice*)
   awright@park-law.com
21 Nishat Hasan (*pro hac vice*)
   nhasan@park-law.com
22 1894 Preston White Drive
   Reston, VA 20191
23 [Tel.] 703-288-5105
   [Fax] 703-288-5139
24 Park-lit@park-law.com

25 /s/  Gordon I. Endow
   **GORDON & REES LLP**
26 Gordon I. Endow (SBN 99638)
   gendow@gordonrees.com
27 Lyndy Chang Stewart (SBN 196455)
   lstewart@gordonrees.com
28 275 Battery Street
   San Francisco, CA 94111

*Sidebar:* Gordon & Rees LLP / 275 Battery Street, Suite 2000 / San Francisco, CA  94111

[Tel.] 415-986-5900  
[Fax] 415-986-8054

**Attorneys for Defendants**  
***Pantech Co., Ltd., and***  
***Pantech Wireless, Inc.***

I attest that the concurrence in the filing of this document has been obtained from the other signatories listed above.

   /s/   Gordon I. Endow  
**GORDON & REES LLP**  
Gordon I. Endow (SBN 99638)  
gendow@gordonrees.com  
Lyndy Chang Stewart (SBN 196455)  
lstewart@gordonrees.com  
275 Battery Street  
San Francisco, CA 94111  
[Tel.] 415-986-5900  
[Fax] 415-986-8054

NOTICE OF SETTLEMENT AS TO PANTECH     Case No. CV 12-03057 LHK

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

## PROOF OF SERVICE

*GPNE Corp. v. Pantech Co., Ltd.*
U.S.D.C., Northern Dist. of CA, Case No. 5:12-CV-3057-YGR

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On January 23, 2014, I served the within documents:

**NOTICE OF SETTLEMENT AS TO PANTECH CO., LTD., AND PANTECH WIRELESS, INC.**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Robert G. Klein
Shaun M. Mukai
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, Suite 400
500 Ala Moana Boulevard
Honolulu, HI 96813
Ph: 808-529-7300
Fx: 808-524-8293

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 23, 2014 at San Francisco, California.

/s/ Dyanne Hammerquist
Dyanne Hammerquist

Case No. CV 12-03057 LHK