**BURNS & LEVINSON LLP**
Howard J. Susser (*pro hac vice*)
hsusser@burnslev.com
Paul T. Muniz (*pro hac vice*)
pmuniz@burnslev.com
Zachary R. Gates (*pro hac vice*)
zgates@burnslev.com
Alexandra Capachietti (*pro hac vice*)
acapachietti@burnslev.com
125 Summer Street
Boston, Massachusetts
Telephone: 617-345-3000
Facsimile: 617-345-3299

**Attorneys for Plaintiff GPNE Corp.**

ALAN A. WRIGHT (*Pro Hac Vice*)
awright@park-law.com
H.C. PARK & ASSOCIATES, PLC
1894 Preston White Drive
Reston, VA  20191
Telephone:    (703) 544-9256
Facsimile:    (703) 288-5139
Email: awright@park-law.com

GORDON I. ENDOW  (SBN:  099638)
gendow@gordonrees.com
LYNDY CHANG STEWART  (SBN:  196455)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054
Email   gendow@gordonrees.com
        lstewart@gordonrees.com

**Attorneys for Defendants Pantech Co., Ltd.
and Pantech Wireless, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | | |
|---|---|---|
| GPNE CORP., | ) | CASE NO. 5:12-CV-03057-LHK |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE |
| | ) | |
| vs. | ) | |
| | ) | |
| PANTECH CO., LTD., et al. | ) | |
| | ) | |
| Defendants. | ) | |

In light of the settlement agreement between Plaintiff GPNE Corp. ("GPNE") and Defendants Pantech Co., Ltd. and Pantech Wireless, Inc. (collectively "Pantech") and the parties' joint motion to dismiss with prejudice, it is hereby ordered that all claims and counterclaims made by GPNE and Pantech against each other in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk shall close the case.

Dated: \_\_\_\_January 23\_\_\_\_, 2014      *Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge